# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| HILDA SOLIS, SECRETARY OF LABOR, ) | |
| UNITED STATES DEPARTMENT OF LABOR, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. |
| ) | 10-CV-02009-RBJ -KLM |
| v. ) | |
| ) | |
| DISH NETWORK L.L.C., d/b/a ) | |
| DISH NETWORK, ) | |
| ) | |
| Defendant. ) | |

## ORDER DISMISSING CASE

The Court having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii),

**Orders** that the motion is granted, and that the action is hereby dismissed, with prejudice, each party to pay its own costs and attorney's fees.

DATED this 8th day of May, 2012

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge

1